Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Brandon Abel Fajardo Galicia

v.

Joseph Freden et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-cv-1275

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Petition for Writ of Habeas Corpus is granted.

Date: December 30, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Jasmin
    Deputy Clerk